TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00388-CV







In the Matter of R. G.








FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT


NO. J-14,661, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING







PER CURIAM



 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Aboussie and Kidd

Dismissed on Appellant's Motion

Filed: September 20, 1995

Do Not Publish